**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DIRECTV, Inc., a California corporation, Plaintiff,** | : | |
| **v.** | : | **C.A. No. 03-548 T** |
| **GENEVA FERRELL, NORMAN GIBBS and JOHN DOES 1-3, Defendants.** | : | |

**AFFIDAVIT OF STEPHEN A. RODIO, ESQ. SUPPORTING AWARD OF ATTORNEYS FEES AGAINST DEFENDANT NORMAN GIBBS**

I, STEPHEN A. RODIO, ESQ. upon oath, depose and say:

1. I am over eighteen (18) years of age and reside in Providence County, Rhode Island. I am a member in good standing and have been licensed to practice law in the state of Rhode Island since 1985 and am currently practicing law in all state and federal courts in Rhode Island. I am a principal attorney with the law firm of Rodio & Brown Ltd.

2. Our firm represents DIRECTV in this lawsuit. I act as an attorney for DIRECTV, Inc. ("DIRECTV") and am responsible for billing issues with respect to this client. I am familiar with the usual, customary and reasonable legal fees for cases of this type.

3. Gardner H. Palmer, Jr., acting at my request, has performed work for DIRECTV in this matter. Mr. Palmer is a member in good standing and has been admitted to the Rhode Island bar since 1987. He has been admitted to the federal bar since January 1988. He practices in all Rhode Island state and federal courts and his practice emphasizes a variety of business litigation matters. His billing rate for this

matter is $175 00 per hour, which, in my opinion, is a fair and reasonable hourly rate for legal services of this type performed by attorney in this area with similar experience.

4. As of July 26, 2005, seventeen and one half (17.5) hours of attorney time have been devoted to legal work performed on behalf of and for the benefit of the above-named client, which time has included, without limitation, the following: review of the file, including all correspondence between the parties and the claims file, research of applicable telecommunications law, preparation and review of discovery documents and responses, preparation of DIRECTV's Amended Complaint and service of the Amended Complaint and related motion practice. Mr. Palmer also prepared and reviewed the default application and default judgment motion in this matter and related papers.

5. I estimate that this firm will devote an additional hour of attorney time to perform legal work on behalf of and for the benefit of this client through entry of default judgment.

6. I hereby attest that all of the legal work has, in fact, been or will be performed and was or is reasonably necessary to prosecute this action.

7. With an investment of 18.5 hours of time, incurred and anticipated, and at a rate of $175.00 per hour, Plaintiff requests an award of attorneys' fees in the amount of $3,237.50.

8. The disbursements incurred in performing legal work on behalf of and for the benefit of the above-named client total $ 205.40, which disbursements include the required court filing fee ($150.00) and service of process fees ($50.00), and copying costs ($5.40).

9. In my opinion, the attorney time devoted to this matter was reasonably necessary in order to adequately perform the required work, the attorneys' fees sought

**DIRECTV, Inc.**
**v.**
**Ferrell, *et al.***
**C.A. No. 03-548 T**

are consistent with or less than the fees customarily charged in this locality for similar legal work, and an award of reasonable attorneys' fees and disbursements in the amount of $3,237.50 plus costs of $205.40 in this matter is both fair and reasonable.

Stephen A. Rodio, Esq.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN to before me this 26th day of July, 2005.

NOTARY PUBLIC
My commission expires: 10/18/08