UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DIRECTV, Inc., a
California corporation,

Plaintiff,

v. C.A. No. 03-548T

GENEVA FERRELL, NORMAN GIBBS
and JOHN DOES 1-3,

Defendants.

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT NORMAN GIBBS

The Plaintiff's motion for entry of default judgment against Defendant Norman Gibbs is granted. The clerk shall enter default judgment against Defendant Norman Gibbs for statutory damages in the amount of $100,000.00 plus $3237.50 in attorneys' fees and $205.40 in costs for a total of $103,442.90.

Additionally, the Court permanently enjoins Defendant Norman Gibbs and any entities controlled directly or indirectly by Defendant Norman Gibbs from:

(a) designing, developing, manufacturing, assembling, modifying, importing, exporting, possessing, trafficking, distributing, or selling illegal satellite signal theft devices;

(b) assisting, procuring, aiding, or abetting third persons in the unauthorized reception and use of DIRECTV's

television programming;

(c) placing advertisements for the sale of illegal satellite signal theft devices;

(d) providing software, information, or technical support services therefor; and

(e) otherwise committing or assisting in the commission of any violation of 47 U.S.C. § 605 or 18 U.S.C. § 2511.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: October 5 , 2005