**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DIRECT TV, INC.,
A California Corporation,
Plaintiff

vs. C.A. No. 03-548T

NORMAN GIBBS,
Defendant

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Pursuant to an Order Granting Plaintiffs' Motion for Entry of Default Judgment signed and dated October 5th, 2005 by Judge Ernest C. Torres, default judgment hereby enters in favor of the plaintiff in the amount of $103,442.90.

Enter:

Deputy Clerk

Dated: October 5th, 2005