DC 11
Rev. 7/82

CA 03-548T

# WRIT OF EXECUTION

| United States District Court | DISTRICT of Rhode Island |
|---|---|

TO THE MARSHAL OF:
The United States District Court for the District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Norman Gibbs
78 Marion Avenue
Providence, Rhode Island

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT | DOLLAR AMOUNT
$103,442.90 plus post judgment interest at the legal rate from October 5, 2005 until satisfied.

and

in the United States District Court for the ____________ District of Rhode Island,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Norman Gibbs
78 Marion Avenue
Providence, Rhode Island

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| US District Court | Rhode Island |
| CITY: Providence, RI | DATE: ~~December 15, 2005~~ **March 21, 2006** |

Witness the Honorable ERNEST C. TORRES
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 12/21/05 | DAVID A. DIMARZIO |
| | (BY) DEPUTY CLERK Barbara Barletta |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |