UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **DIRECTV, Inc.** | : | |
| | : | |
| **v.** | : | **C.A. No. 03-548 T** |
| | : | |
| **GENEVA FERRELL, NORMAN GIBBS and JOHN DOES 1-3** | : | |

**MOTION FOR ALTERNATIVE SERVICE**

Plaintiff, DIRECTV, Inc. hereby moves for an Order authorizing alternative service of a Writ of Execution on defendant, Norman Gibbs, said service to be accomplished by mailing the Writ of Execution, via United States regular and certified mail, postage prepaid, to his last known address and by tacking the Writ of Execution at his last known address, being: 78 Marion Avenue, Providence, Rhode Island. In support hereof, Plaintiff relies upon the accompanying Affidavit in Support of Alternative Service attached hereto as Exhibit A.

DIRECTV, INC.
By its Attorneys,

Gardner H. Palmer, Jr. (# 3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
Tel: (401) 247-4040
Fax: (401) 274-4099

Dated: February 20, 2006

# Affidavit in Support of Plaintiff's Motion for Alternative Service

UNITED STATES DISTRICT COURT (Plaintiff)

vs.

NORMAN GIBBS (Defendant)

Defendant's Address:

78 MARION AVE

PROVIDENCE RI

Now comes Anthony J LAFAZIA, a licensed constable, and states under oath as follows:

I have made diligent effort to personally serve the Defendant in the above captioned matter but have been unable to either serve the Defendant personally or serve the Defendant by leaving the ~~summons~~ writ of execution ~~and complaint~~ with a person of suitable age and discretion residing at the Defendant's address. I have made the following attempts to serve the Defendant:

| Date | Day of Week | Time | Notes |
|---|---|---|---|
| 1-30-06 | MONDAY | 0700 AM | NO RESPONSE AT DOOR |
| 1-31-06 | TUESDAY | 730 AM | NO RESPONSE AT DOOR |
| 2-1-06 | WEDNESDAY | 830 AM | NO RESPONSE AT DOOR |
| 2-2 06 | THURSDAY | 500 PM | NO ANSWER AT DOOR |
| 2-3-06 | FRIDAY | 800 PM | NO ANSWER AT DOOR |
| 2-4-06 | SATURDAY | 730 PM | NO RESPONSE AT DOOR |

The information upon which I have relied to determine that the Defendant does in fact reside at the location is as follows: (use back for additional information)

DEFENDANT DOES LIVE HERE HE IS AVOIDING SERVICE HIS FRIEND WHO BABY SITS FOR HIM STATES HE WORKS DIFFRENT HOURS TACKON IS REQUESTED

I swear to the truth of the above information.

(Signature)

Date: 2-6-06

Anthony J LAFAZIA
Print Name

Constable license number: 6132

Before me on this 7th day of February, 2006 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit.

Notary Public

Helena Amaral (Exp. 10/18/08)
Print Name

**RETURN THIS FORM TO THE ATTORNEY WITHIN SEVEN DAYS OF THE LAST ATTEMPT AT SERVICE**