UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

FEB 24 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DIRECTV, Inc. :
:
v. : C.A. No. 03-548 T
:
GENEVA FERRELL, NORMAN GIBBS:
and JOHN DOES 1-3 :

## MOTION FOR ALTERNATIVE SERVICE

Plaintiff, DIRECTV, Inc. hereby moves for an Order authorizing alternative service of a Writ of Execution on defendant, Norman Gibbs, said service to be accomplished by mailing the Writ of Execution, via United States regular and certified mail, postage prepaid, to his last known address and by tacking the Writ of Execution at his last known address, being: 78 Marion Avenue, Providence, Rhode Island. In support hereof, Plaintiff relies upon the accompanying Affidavit in Support of Alternative Service attached hereto as Exhibit A.

DIRECTV, INC.
By its Attorneys,

Gardner H. Palmer, Jr. (# 3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
Tel: (401) 247-4040
Fax: (401) 274-4099

Dated: February 20, 2006

GRANTED

Ernest C. Torres
Chief, US District Judge
3/10/2006