&ZSR Doc No: 00131584 66
Book: 7943 Page:

DC 11
Rev. 7/82

CA 03-548T

# WRIT OF EXECUTION

| | |
|---|---|
| **United States District Court** | DISTRICT of Rhode Island |

TO THE MARSHAL OF:
The United States District Court for the District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Norman Gibbs
78 Marion Avenue
Providence, Rhode Island

RECEIVED:
Providence
Received for Record
Mar.27,2006 at 02:43:05P
Document Num: 00131584
Barbara Troncy
Recorder of Deeds

you cause to be made and levied as well a certain debt of

DOLLAR AMOUNT
$103,442.90 plus post judgment interest at the legal rate from October 5, 2005 until satisfied. DIRECT TV INC and

DOLLAR AMOUNT

In the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Norman Gibbs
78 Marion Avenue
Providence, Rhode Island

Attach all the right, title and interest of Norman Gibbs, alone or with others, in and to any and all real estate including but not limited to the real estate described in the office of the Tax Assessor in the City/Town of Providence, Rhode Island, and further described by said Tax Assessor as Map-Block-Lot 90047866.

| | |
|---|---|
| PLACE<br>US District Court | DISTRICT<br>Rhode Island |
| CITY<br>Providence, RI | DATE<br>~~December 15, 2005~~ March 21, 2006 |

Witness the Honorable ERNEST C. TORRES
(United States Judge)

| | |
|---|---|
| DATE<br>12/21/05 | CLERK OF COURT<br>DAVID A. DIMARZIO |
| | (BY) DEPUTY CLERK<br>Barbara Barletta |

RETURN

| | |
|---|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT<br>3/15/06 |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL | ~~(BY) DEPUTY~~ MARSHAL<br>Anthony J LaRosa FEDERAL CONSTABLE |

3/27/06 6132 3/15/06 TRUE ATTEST COPY
ATTEST COPY CONSTABLE TAKE ON ORDER Anthony J LaRosa
FEDERAL CONSTABLE